COLYER, Appellant, *v.* WILLIAMS *et al.*, Respondents.

*(Supreme Court, General Term, Second Department.  July 2, 1891.)*

Appeal from special term, Kings county.
Action by Joseph Colyer against Mary Louise Williams and others.
Argued before BARNARD, P. J., and DYKMAN, J.
*Samuel P. Potter*, for appellant.  *Carpenter & Roderick*, for respondents.
*William Kenny* and *Samuel Cohn*, for respondents Mary Louise Williams and others.

DYKMAN, J.  This action was commenced to compel the specific performance of a contract for the sale of land to the plaintiff by Mary Louisa Bragaw and John Bragaw, her husband.  The title to the land was in the wife, and she is dead, and the trustee under her last will and testament, and the other defendants who answered, set up the incompetency of Mary L. Bragaw to attend to business, or understand or comprehend the purport and meaning or effect, character, or contents of the contract upon which the action is based. The trial judge found all the facts set up by way of defense substantially as they were alleged, and dismissed the plaintiff's complaint.  The testimony fully sustains the findings, and all the facts and circumstances surrounding the transaction show plainly that it is not a case where a court of equity will decree a specific performance of the contract.  The exception to the exclusion of testimony is not well founded, and the record discloses no error.  The judgment should be affirmed, with costs.

---

HARTWICK, Respondent, *v.* McGINNIS *et al.*, Appellants.

*(Supreme Court, General Term, Second Department.  July 2, 1891.)*

Appeal from Rockland county court.
Action by James E. Hartwick against John McGinnis and another.
Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.
*John McCormick*, for appellants.  *Arthur S. Tompkins*, for respondent.

DYKMAN, J.  The plaintiff in this action recovered a judgment against the defendants in a court of a justice of the peace for the sum of $100.  The defendants appealed to the county court, where the judgment was affirmed, and now they have appealed to this court.  The action was for services, and the evidence fully sustains the conclusion of the justice.  There were no errors committed which affect the merits, and the case requires no elaboration.  The opinion of the county judge is full and satisfactory, and the appeal is destitute of merit.  The judgment should be affirmed, with costs.  All concur.